

November 16, 2015

The Honorable Paul S. Grewal
United States Magistrate Judge
U.S. District Court for the
Northern District of California
Courtroom 5, 4th Floor
280 South First Street
San Jose, CA  95113

      Re:    *Adaptix, Inc. v. AT&T Mobility LLC, et al.,* Case Nos. 5:15-cv-364, -365, -366, -367, -962, -971, -972, 5:14-cv-1259, -1379, -1385, -2359, -2360, -2895
Joint Proposal re: November Hearing Sequence

Dear Judge Grewal:

    Defendants Apple Inc. ("Apple"), Amazon.com, Inc. ("Amazon"), AT&T Mobility LLC ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), HTC Corporation and HTC America, Inc. ("HTC"), and Sony Mobile Communications (USA) Inc. ("Sony") (collectively "Defendants") and Plaintiff Adaptix, Inc. ("Adaptix") submit this joint proposal regarding the November 23, 2015 hearing before the Court.

    The Court has set for hearing a number of different motions, and many of them relate to similar subject matter regarding claim preclusion and the *Kessler* Doctrine.  Therefore, in order to best utilize the Court's time and resources and to minimize redundant arguments, the parties respectfully propose the following order of argument for the Court's consideration:

1. *Adaptix v. Apple/AT&T/HTC/Verizon* No. 5:15-cv-364 (Dkt. No. 46); -365 (Dkt. No. 48); -366 (Dkt. No. 49); -367 (Dkt. No. 49)
   (**Adaptix's Rule 52/59 motion to alter judgment**)

2. *Adaptix v. Amazon/AT&T/Sony/Verizon*, No. 5:15-cv-962 (Dkt. No. 49); -971 (Dkt. No. 53); -972 (Dkt. No. 54)
   (**Adaptix's Rule 59 motion to alter judgment**)

3. *Adaptix v. AT&T*, No. 5:14-cv-1379 (Dkt. Nos. 170 & 180); -1385 (Dkt. Nos. 150 & 165)
   (**Adaptix's motion for clarification; AT&T's cross-motion for dismissal and entry of judgment**)

The Hon. Paul S. Grewal
United States Magistrate Judge
November 16, 2015
Page 2

4. *Adaptix v. AT&T/HTC/Verizon*, No. 5:14-cv-2359 (Dkt. No. 110); -2360 (Dkt. No. 126)
   (**AT&T, Verizon, and HTC's motion for judgment on the pleadings**)

5. *Adaptix v. Verizon*, No. 5:14-cv-1259 (Dkt. No. 189); -2895 (Dkt. No. 159)
   (**Verizon's motion for judgment on the pleadings**)

6. *Adaptix v. Sony*, No. 5:14-cv-1385 (Dkt. No. 169)
   (**Adaptix's motion to dismiss**)

7. *Adaptix v. Sony*, No. 5:14-cv-1385 (Dkt. No. 151)
   (**Sony's motion for summary judgment**)


Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams

**Attorney for Defendant HTC Corporation and HTC America, Inc.**

*/s/ James J. Foster*
James J. Foster

**Attorney for Plaintiff Adaptix, Inc.**

*/s/ Mark D. Selwyn*
Mark D. Selwyn

**Attorney for Defendant Apple Inc.**

*/s/ David R. Clonts*
David R. Clonts

**Attorney for Defendant AT&T Mobility LLC**

The Hon. Paul S. Grewal
United States Magistrate Judge
November 16, 2015
Page 3

*/s/ Bryant C. Boren, Jr.*

Bryant C. Boren, Jr.

**Attorney for Defendant**
**AT&T Mobility LLC**


*/s/ Robert T. Cruzen*
Robert T. Cruzen

**Attorney for Defendant**
**Amazon.com, Inc.**


*/s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey

**Attorney for Defendant and Counterclaim-Plaintiff**
**Cellco Partnership d/b/a Verizon Wireless**


*/s/ James V. Mahon*
James V. Mahon

**Attorney for Defendant**
**Sony Mobile Communications (USA) Inc.**